Pay Summary: **2023 - 32 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| DMAC SECURITY LLC | **Period Beginning Date**<br>7/24/2023 | **Pay Date**<br>8/10/2023 | **Co.**<br>Z6U | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Michelle Y Gillyard<br>147 Fern Street<br>Philadelphia, PA 19120 | **Period Ending Date**<br>8/6/2023 | **WGPS Advance Pay Date** | **File #**<br>002319 | **Number**<br>00320076 | |

### Gross Pay — $ 2,940.95

| Regular | Rate: 21.0000 | Hours: 80.00 | $ 1,680.00 |
|---|---|---|---|
| Overtime | Rate: 31.5000 | Hours: 40.03 | $ 1,260.95 |

Total Hours Worked: 120.03

Basis of Pay: HOURLY

### Taxes — $ 769.35

| Federal Income Tax | | $ 452.01 |
|---|---|---|
| Social Security | | $ 182.34 |
| Medicare | | $ 42.65 |
| State Worked In: Pennsylvania | Code: PA | $ 90.29 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 2.06 |

### Deductions — $ 78.76

| ANB - Ancillary Bundl | $ 38.96 |
|---|---|
| MFI - MED FSL INDEMNT | $ 31.40 |
| STD - Short Term Disa | $ 8.40 |

### Take Home — $ 2,092.84

| CHECKING | $ 2,092.84 |
|---|---|

## Other Details

### Memos

| J | 2,940.95 |
|---|---|

Pay Summary: **2023 - 34 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| DMAC SECURITY LLC | **Period Beginning Date** 8/7/2023 | **Pay Date** 8/24/2023 | **Co.** Z6U | **Clock** | **Home Dept** |
| Michelle Y Gillyard 147 Fern Street Philadelphia, PA 19120 | **Period Ending Date** 8/20/2023 | **WGPS Advance Pay Date** | **File #** 002319 | **Number** 00340077 | |

### Gross Pay — $ 2,849.60

| | | | |
|---|---|---|---|
| Regular | Rate: 21.0000 | Hours: 80.00 | $ 1,680.00 |
| Overtime | Rate: 31.5000 | Hours: 37.13 | $ 1,169.60 |

Total Hours Worked: 117.13

Basis of Pay: HOURLY

### Taxes — $ 737.55

| | | |
|---|---|---|
| Federal Income Tax | | $ 430.09 |
| Social Security | | $ 176.67 |
| Medicare | | $ 41.32 |
| State Worked In: Pennsylvania | Code: PA | $ 87.48 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 1.99 |

### Deductions — $ 78.76

| | |
|---|---|
| ANB - Ancillary Bundl | $ 38.96 |
| MFI - MED FSL INDEMNT | $ 31.40 |
| STD - Short Term Disa | $ 8.40 |

### Take Home — $ 2,033.29

| | |
|---|---|
| CHECKING | $ 2,033.29 |

## Other Details

### Memos

| | |
|---|---|
| J | 2,849.60 |

Pay Summary: **2023 - 36 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| DMAC SECURITY LLC | **Period Beginning Date**<br>8/21/2023 | **Pay Date**<br>9/7/2023 | **Co.**<br>Z6U | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Michelle Y Gillyard<br>147 Fern Street<br>Philadelphia, PA 19120 | **Period Ending Date**<br>9/3/2023 | **WGPS Advance Pay Date** | **File #**<br>002319 | **Number**<br>00360071 | |

### Gross Pay — $ 2,226.00

| | | | |
|---|---|---|---|
| Regular | Rate: 21.0000 | Hours: 76.00 | $ 1,596.00 |
| Overtime | Rate: 31.5000 | Hours: 20.00 | $ 630.00 |

Total Hours Worked: 96

Basis of Pay: HOURLY

### Taxes — $ 520.77

| | | |
|---|---|---|
| Federal Income Tax | | $ 280.59 |
| Social Security | | $ 138.01 |
| Medicare | | $ 32.27 |
| State Worked In: Pennsylvania | Code: PA | $ 68.34 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 1.56 |

### Deductions — $ 78.76

| | |
|---|---|
| ANB - Ancillary Bundl | $ 38.96 |
| MFI - MED FSL INDEMNT | $ 31.40 |
| STD - Short Term Disa | $ 8.40 |

### Take Home — $ 1,626.47

| | |
|---|---|
| CHECKING | $ 1,626.47 |

## Other Details

### Memos

| | |
|---|---|
| J | 2,226.00 |