United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-12979-mdc
Michelle Y. Gillyard | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Mar 21, 2024 | Form ID: pdf900 | Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Y. Gillyard, 147 Fern Street, Philadelphia, PA 19120-1954 |
| 14819673 | + | Dan's Auto Sales Inc., 6450 Harbison Avenue, Philadelphia, PA 19149-3036 |
| 14819676 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14831709 | + | Pennsylvania Housing Finance Agency, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14819678 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14819682 | + | US Bank National Association, 111 East Wacker Drive, Suite 3000, Chicago, IL 60601-4803 |
| 14819683 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2024 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2024 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14819668 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2024 00:50:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14827899 | | Email/Text: megan.harper@phila.gov | Mar 22 2024 00:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14819670 | | Email/Text: megan.harper@phila.gov | Mar 22 2024 00:40:00 | City of Philadelphia, C/O Law Department, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14819669 | | Email/Text: megan.harper@phila.gov | Mar 22 2024 00:40:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14819671 | | Email/Text: megan.harper@phila.gov | Mar 22 2024 00:40:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14819672 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 22 2024 00:40:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 14819674 | | Email/Text: mrdiscen@discover.com | Mar 22 2024 00:40:00 | Discover Bank, P.O. Box 8003, Hilliard, OH 43026 |
| 14819675 | ^ | MEBN | Mar 22 2024 00:33:24 | KML Law Group, PC, Suite 5000-Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14831479 | ^ | MEBN | Mar 22 2024 00:33:23 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market |

Case 23-12979-mdc  Doc 28  Filed 03/23/24  Entered 03/24/24 00:28:45  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14819677 | + | Email/Text: blegal@phfa.org | Mar 22 2024 00:40:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14819679 | ^ | MEBN | Mar 22 2024 00:33:26 | Philadelphia Gas Works, ATTN: Bankruptcy Department 3F, 800 West Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14819680 | | Email/Text: signed.order@pfwattorneys.com | Mar 22 2024 00:40:00 | Pressler and Presler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14819681 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 22 2024 00:50:08 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14837840 | + | Email/Text: blegal@phfa.org | Mar 22 2024 00:40:00 | U.S. BANK NATIONAL ASSOCIATION at. el, c/o PHFA, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14819684 | | Email/Text: megan.harper@phila.gov | Mar 22 2024 00:40:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Michelle Gillyard** | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bankruptcy No.: **23-12979** |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee (the" Trustee"), and after notice and hearing, it is hereby

**ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. '349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. '349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s) Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated:_____  March 21, 2024

_____
**MAGDELINE D. COLEMAN**
UNITED STATES BANKRUPTCY JUDGE